UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nathan Paul Severson,                                   Civil No. 14-4421 (DWF/BRT)[1]

          Plaintiff,

v.                                                    **ORDER ADOPTING REPORT**
                                                           **AND RECOMMENDATION**

Ph.D LP James M. Alsurf,

          Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated November 18, 2014. (Doc. No. 4.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.     Magistrate Judge Franklin L. Noel's November 18, 2014 Report and Recommendation (Doc. No. [4]) is **ADOPTED**.

2.     **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

---

[1]     This matter was reassigned from Magistrate Judge Franklin L. Noel to Magistrate Judge Becky R. Thorson on December 22, 2014. (Doc. No. 5.)

      3.      Plaintiff Nathan Paul Severson's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. [2]) is **DENIED AS MOOT**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   December 24, 2014       s/Donovan W. Frank
                                             DONOVAN W. FRANK
                                             United States District Judge